

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DEANDER & FELHABER, LP; DELTA DISTRIBUTION & WAREHOUSE, INC.; F.C. FELHABER & CO., INC.; FCF HOLDINGS, LLC; FRANZ FELHABER, INDIVIDUALLY, AND FRANZ & MONICA FELHABER FAMILY LIMITED PARTNERSHIP, | § § § § § | No. 08-18-00209-CV<br><br>Appeal from the<br><br>34th District Court |
| Appellants, | § | of El Paso County, Texas |
| v. | § | (TC# 2011-DCV01519) |
| PATRICIA A. MONTGOMERY, CPA, | § | |
| Appellee. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and their sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF DECEMBER, 2020.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.